DEFENDANT:  THOMAS MAURICE GRANT

AGE or YOB:  1978

COMPLAINT
FILED?   _____ Yes  \_\_X\_\_\_ No

OFFENSE(S):  Count 1: Possession of a Firearm/Ammunition by a Felon –
      18 U.S.C. § 922(g)(1)

LOCATION OF
OFFENSE:  Jefferson County, Colorado

PENALTY:  Count 1: NMT 10 years imprisonment, $250,000 fine, or both; NMT
      3 years supervised release; $100 Special Assessment; if the
      sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT
      15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years
      supervised release; $100 Special Assessment.

AGENT:   Dustin Smith
      TFO ATF

AUTHORIZED
BY:    Thomas Minser
      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

\_X\_ five days or less; \_\_\_ over five days

THE GOVERNMENT

\_X\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(E)

The statutory presumption of detention is *not* applicable to this defendant.