AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>THOMAS MAURICE GRANT<br>*Defendant* | ) ) ) Case No.  22-cr-00007-RMR<br>) )<br>) )<br>) ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   THOMAS MAURICE GRANT                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

   COUNT 1: 18 U.S.C. § 922(g)(1), Possession of a Firearm/Ammunition by a Felon.


Date:  01/04/2022                                              s/A. Thomas, Deputy Clerk
                                                                          *Issuing officer's signature*

City and state:   Denver, Colorado                     Jeffrey P. Colwell, Clerk of Court
                                                                          *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                          *Arresting officer's signature*

                                                                          *Printed name and title*