AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JAN 26 AM 8:34

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-cr-00007-RMR |
| | ) |
| THOMAS MAURICE GRANT | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **THOMAS MAURICE GRANT**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1: 18 U.S.C. § 922(g)(1), Possession of a Firearm/Ammunition by a Felon.

Date: 01/04/2022

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1/4/2022, and the person was arrested on *(date)* 1/21/2022
at *(city and state)* Golden, CO.

Date: 1/21/2022

*Arresting officer's signature*

Task Force Officer Dustin Smith
*Printed name and title*