# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Regina M. Rodriguez

Criminal Case No. 22-cr-00007-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS GRANT,

    Defendant.

## ORDER RESETTING MOTION HEARING

This matter comes before the Court on the advisement from the U.S. Marshals Service that Defendant, who is currently housed at FDC Englewood, is refusing to come to Court for a hearing that was set for this date at 11:00 AM. The hearing is now reset for **July 21, 2022, at 10:00 AM** and that Defendant's presence is required. Custodial officials and/or U.S. Marshals Service are ORDERED to bring Defendant to Court, even if cell extraction and use of force is necessary.

    DATED: June 28, 2022.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge