**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No: 22-cr-00007-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THOMAS MAURICE GRANT,

      Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for the United States of America.

     DATED at Denver, Colorado this 6th day of July, 2022.

                        COLE FINEGAN
                        United States Attorney

                        By: *s/ Albert Buchman*
                        ALBERT BUCHMAN
                        Assistant United States Attorney
                        United States Attorney's Office
                        1801 California Street, Suite 1600
                        Denver, Colorado 80202
                        Telephone: 303-454-0100
                        Fax: 303-454-0405
                        Email: Al.Buchman@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 6th day of July, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


By:  *s/Stephanie Price*
      Legal Assistant
      United States Attorney's Office