## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00007-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  THOMAS MAURICE GRANT,

    Defendant.

## GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS

The United States of America, by and through Thomas Minser, Assistant United States Attorneys, submits the following proposed *voir dire* questions for the jury trial set to commence on August 1, 2022:

### COVID-19

1. Given the COVID-19 pandemic, are any of you uncomfortable serving as a juror? Why?

### Firearms

2. Do any of you own a firearm? What type is it? What purpose do you have it for?  (Sport, protection, hunting)

3. There are laws that restrict the possession of certain firearms/ammunition by individuals.  Does anyone here believe that it is wrong to restrict a person's ability to possess certain types of firearms under any circumstances?

1

4. Do you have strong opinions about firearms or people who own or possess them? If so, what are those opinions? Will any of these opinions cause you to be unable to: (A) follow the law that the Court will provide you if selected as a member of the jury; and/or, (B) apply the law to the evidence that you will hear in this case?

**Law Enforcement/Legal System**

5. This matter involves members of the Lakewood Police Department and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). To the extent such agencies are involved in the present matter, do you believe that their involvement in the case would somehow affect your ability to be a fair and impartial juror?

6. Do any of you have any biases – for or against – these agencies or law enforcement in general that you think might affect your ability to be fair and impartial in this case? If so, please explain the nature of your concern and why you think it may affect your ability to be fair.

7. Have you ever had a negative experience with law enforcement or the legal system whether it be as a witness, victim, party, juror or otherwise, which you believe might impact your ability to be fair in the present case? If so, please explain the nature of the matter and why you think it may affect your ability to be fair.

**Crime Victim / Criminal Charges**

8. Have any prospective jurors, relatives, or close friends ever been the

victim of a crime? If so, what was the crime? If you would prefer not to speak in open Court, this information can be handled privately. Would anything about that experience affect your ability to be fair and impartial in this case?

9. Have any prospective jurors, or relatives, or close friends ever been charged with a crime? If so, what was the crime? Was the case resolved in a trial or by plea of guilty? What sentence was imposed? Would that experience interfere with your ability to decide this case fairly and impartially?

**Lawsuit / Complaint Against the United States**

10. Have you or any members of your family ever been engaged in a lawsuit against the United States government or a department of the United States government? Would anything about that experience affect your ability to be fair and impartial in this case?

11. Have you or any members of your family filed a complaint, administrative or other, against the United States government or a department of the United States government? Would anything about that experience affect your ability to be fair and impartial in this case?

**Prior Jury Duty**

12. Have you previously been called to jury service? Did you actually sit as a juror? Civil or criminal case? What jurisdiction? Did you reach a verdict? Did you serve as the foreperson?

**Reservations About Being A Juror**

13. Does any juror have any religious, moral, or philosophical reservations about sitting as a juror in a criminal case, or returning a verdict of guilty, if such verdict is supported by the evidence?

14. To the extent that you may personally disagree with the law, but the Judge instructs you that you it will be your duty to follow the law, is there anyone who believes they cannot adhere to the Judge's instruction? In other words, does everyone understand that if you are selected as a juror, it will be your obligation to follow the law – even if you might personally disagree with it? If you think this may be a problem for you, please explain.

15. Is there anything that has not been addressed that you believe will impact your ability to be a fair and impartial juror in this case? If so, please explain.

Dated:  July 14, 2022

Respectfully submitted,

                      COLE FINEGAN
                      United States Attorney

By:  /s/ *Thomas Minser*
      THOMAS MINSER
      Assistant United States Attorneys
      1801 California St., Suite 1600
      Denver, Colorado 80202
      Phone:  (303) 454-0203
      Fax:  (303) 454-0405
      E-mail: Thomas.Minser@usdoj.gov
      Attorney for the United States

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 14th day of July 2022, I electronically filed the foregoing **GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the opposing party.

                                          *s/ Deana Ambrosen*
                                          Legal Assistant
                                          United States Attorney's Office