IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00007-RMR

UNITED STATES OF AMERICA,

Plaintiff,

v.

THOMAS MAURICE GRANT,

Defendant.

---

**VERDICT FORM**

---

We, the jury, upon our oaths, unanimously find the defendant, THOMAS MAURICE GRANT,

\_\_\_\_\_ Not Guilty

\_\_\_\_\_ Guilty

of the offense charged.


_____         _____
DATE                                    PRESIDING JUROR

1