**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina Rodriguez**

CASE NO. <u>1:22-cr-00007-RMR</u>     DATE <u>August 1, 2022</u>

CASE CAPTION <u>United States of America v. Thomas Maurice Grant</u>

FINAL WITNESS LIST

| | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
| | | | | | Direct | Cross | Total |
| 1. | Gov't | Lakewood PD Agent Taber Anderson | Percipient Witness | 8/1/22 | 30 min. | 30 min. | 60 min. |
| 2. | Gov't | Lakewood PD Agent Robert Albrets | Percipient Witness | 8/1/22 | 20 min. | 20 min. | 40 min. |
| 3. | Gov't | Lakewood PD Agent David Salido | Percipient Witness | 8/2/22 | 20 min. | 20 min. | 40 min. |
| 4. | Gov't | Lakewood PD Agent Ralph Schmitt | Percipient Witness | 8/2/22 | 20 min. | 20 min. | 40 min. |
| 5. | Gov't | Lakewood PD Agent Justin Mains | Percipient Witness | 8/2/22 | 20 min. | 20 min. | 40 min. |
| 6. | Gov't | Lakewood PD Agent Kyle Burdzinski | Percipient Witness | 8/2/22 | 20 min. | 20 min. | 40 min. |
| 7. | Gov't | ATF Special Agent Shane Abraham | Firearm Nexus + Functionality | 8/2/22 | 20 min. | 20 min. | 40 min. |
| 8. | Gov't | ATF Special Agent Keith Wilson | Firearm Nexus + Functionality | 8/2/22 | 20 min. | 20 min. | 40 min. |
| 9. | Gov't | Denver Crime Lab/Former ATF Task Force Officer Dustin Smith | Firearm Functionality | 8/2/22 | 10 min. | 10 min. | 20 min. |
| 10. | Gov't | United States Probation Officer Walter Vanni | Prior Felony Conviction | 8/2/22 | 5 min. | 5 min. | 10 min. |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |
| 18. | | | | | | | |