**THE GOVERNMENT'S FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. 1:22-cr-00007-RMR

CASE CAPTION <u>United States of America vs. Thomas Maurice Grant</u>  DATE <u>August 1, 2022</u>

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Anderson/ Albrets | Map | | | | | | | |
| 2 | Anderson/ Albrets | Dispatch Recording | | | | | | | |
| 3 | Anderson/ Albrets/Salido/ Schmitt | Photo of Car (front) INV_50 | | | | | | | |
| 4 | Anderson/ Albrets/Salido/ Schmitt | Photo of Car (rear) INV_56 | | | | | | | |
| 5 | Anderson/ Albrets/Salido/ Schmitt | Firearm/Mag./ Ammo. | | | | | | | |
| 6 | Anderson/ Albrets/Salido/ Schmitt | Extended Mag./Ammo. | | | | | | | |
| 7 | Anderson/ Albrets/Salido/ Schmitt | Mag./Ammo. | | | | | | | |
| 8 | Anderson/ Albrets/Salido/ Schmitt | Photo of Car/Firearm INV_57 | | | | | | | |
| 9 | Anderson/ Albrets/Salido/ Schmitt | Photo of Firearm INV_108 | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 10 | Anderson/ Albrets/Salido/ Schmitt | Photo of Firearm Serial Number INV_111 | | | | | | | |
| 11 | Anderson/ Albrets/Salido/ Schmitt | Photo of Mag./Ammo./ Cash INV_105 | | | | | | | |
| 12 | Anderson/ Albrets/Salido/ Schmitt | Photo of Receipt INV_120 | | | | | | | |
| 13 | Anderson/ Albrets/Salido/ Schmitt | Receipt | | | | | | | |
| 14 | Anderson/ Albrets/Salido/ Schmitt | Photo of Car (front seat) INV_62 | | | | | | | |
| 15 | Anderson/ Albrets/Salido/ Schmitt | Photo of Backpack INV_81 | | | | | | | |
| 16 | Anderson/ Albrets/Salido/ Schmitt | Photo of Backpack (close up) INV_80 | | | | | | | |
| 17 | Salido | Ammo. from Backpack | | | | | | | |
| 18 | Self-Authenticating | CDOC Pen Pack | | | | | | | |
| 19 | Self-Authenticating | Cert. Copy Conviction Dist. Colo. Case 10-cr-0007 | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 20 | Self-Authenticating | Certified Copies of Convictions INV_168-78 | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | All Witnesses | Reports INV_1-3, 24-34, 137-41, 192-96 | | | | | | | |