IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00007-RMR-1 | Date: July 26, 2022 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |

<u>Parties:</u>                                                                 <u>Counsel:</u>

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS MAURICE GRANT                                Jared Scott Westbroek

    Defendant.

## COURTROOM MINUTES

### EX PARTE MOTION HEARING – SEALED

**9:55 a.m.**     Court in session.

Court calls case. Appearance of counsel for Defendant. Defendant present in custody. Counsel for the Government is not present.

This matter is before the Court regarding Defendant's Motion to Withdraw as Counsel and for Appointment of Counsel from the CJA Panel [ECF No. 17].

Statements by Mr. Grant and Mr. Westbroek in response to the Court's questions.

Court advises Defendant that all upcoming deadlines and hearings remain in place.

**ORDERED:** The transcript of this ex parte hearing shall be sealed.

**ORDERED:** Defendant's Motion to Withdraw as Counsel and for Appointment of Counsel from the CJA Panel [ECF No. 17] is GRANTED.

**ORDERED:** Counsel for Defendant shall be appointed forthwith.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**10:11 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    00:16