IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cr-00007-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS MAURICE GRANT,

    Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

Kathryn Stimson of the law firm Stimson LaBranche Hubbard, LLC hereby enters her appearance as CJA counsel on behalf of Defendant Thomas Maurice Grant in the above-captioned matter. Pursuant to D.C.COLO.L.AttyR. 5(a)(3)(C), undersigned counsel certifies that she is a member in good standing of the bar of this court.

Dated: July 28, 2022.

Respectfully submitted,

*s/ Kathryn Stimson*
Kathryn Stimson
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: stimson@slhlegal.com

*Attorney for Thomas Maurice Grant*

## Certificate of Service

      I certify that on July 28, 2022, I electronically filed the foregoing *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Thomas Minser
Albert Buchman
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
thomas.minser@usdoj.gov
al.buchman@usdoj.gov

                              *s/ Brenda Rodriguez*
                              Brenda Rodriguez