**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina Rodriguez**

CASE NO. <u>1:22-cr-00007-RMR</u>                                              DATE <u>October 25, 2022</u>

CASE CAPTION <u>United States of America v. Thomas Maurice Grant_____</u>

<u>MOTION TO SUPPRESS WITNESS LIST</u>

| | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
| | | | | | Direct | Cross | Total |
| 1. | Gov't | Lakewood Police Dept. Agent Taber Anderson | Percipient Witness | 10/25 | 30 min. | 30 min. | 60 min. |
| 2. | Gov't | Lakewood Police Dept. Agent Robert Albrets | Percipient Witness | 10/25 | 20 min. | 20 min. | 40 min. |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |