# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00007-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  THOMAS M. GRANT,

    Defendant.

---

## ENTRY OF APPEARANCE AS COUNSEL
## FOR THE GOVERNMENT

---

    To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    Dated this 24th day of October, 2022.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    By: *s/ Daniel W. Warhola*
    DANIEL W. WARHOLA
    Assistant U.S. Attorney
    1801 California St., Suite 1600
    Denver, CO  80202
    Telephone: (303) 454-0305
    E-mail: dan.warhola@usdoj.gov
    Attorney for the Government

CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of October, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                              *s/ Lauren Timm*
                              Lauren Timm
                              Legal Assistant