IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00007-RMR

UNITED STATES OF AMERICA,

   Plaintiff,

v.

   THOMAS M. GRANT,

   Defendant.

## MOTION TO WITHDRAW

The United States of America, by Cole Finegan, United States Attorney for the District of Colorado, through Albert Buchman, Assistant United States Attorney, hereby files its Motion to Withdraw Albert Buchman as counsel of record and requests termination of electronic service in the above-captioned case.

As grounds for this motion, the government states that Thomas Minser is counsel of record in this case, has filed an entry of appearance, and is receiving electronic notice.

Dated this 24th day of October, 2022.

        Respectfully submitted,

        Cole Finegan
        United States Attorney


        By: *s/ Albert Buchman*
        Albert Buchman
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0406
        E-mail: Al.Buchman@usdoj.gov
        Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Lauren Timm*
Lauren Timm
Legal Assistant
United States Attorney's Office