### I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
### <small>FOR THE</small> D<small>ISTRICT OF</small> C<small>OLORADO</small>

Case No. 1:22-cr-00007-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS MAURICE GRANT

    Defendant.

## NOTICE OF INTENT TO PLEAD GUILTY WITHOUT PLEA AGREEMENT

Mr. Thomas Maurice Grant, through his counsel Kathryn Stimson, hereby notifies the Court of his intent to enter a plea of guilty to the only count charged in the indictment. Accordingly, Mr. Grant respectfully requests the Court set the matter for a hearing to enter a plea of guilty.

Dated: October 25, 2022.

    Respectfully submitted,

*s/ Kathryn Stimson*
Kathryn Stimson
S<small>TIMSON</small> L<small>A</small>B<small>RANCHE</small> H<small>UBBARD</small>, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:   stimson@slhlegal.com

*Attorney for Thomas Maurice Grant*

2

**Certificate of Service**

I certify that on October 25, 2022, I electronically filed the foregoing *Notice of Intent to Plead Guilty Without Plea Agreement* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Thomas Minser
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
Thomas.minser@usdoj.gov

*s/ Brenda Rodriguez*
Brenda Rodriguez

2