IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00007-RMR-1 | Date:  October 25, 2022 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |

<u>Parties:</u>                                                                  <u>Counsel:</u>

UNITED STATES OF AMERICA,                         Thomas John Minser
                                                                          Daniel Wilson Warhola

   Plaintiff,

v.

THOMAS MAURICE GRANT                                Kathryn J. Stimson

   Defendant.

### COURTROOM MINUTES

### EVIDENTIARY MOTION HEARING

**10:10 a.m.**   **Court in session.**

Court calls case. Appearances of counsel.  Defendant present in custody.

This matter is before the Court regarding Defendant's Motion to Suppress Evidence [ECF No. 36].

Preliminary remarks and background case information by the Court.

**Exhibit 1 is admitted.**

Defendant's witness, Agent Taber Anderson, sworn.

10:18 a.m.   Direct examination of Agent Anderson by Mr. Minser.

**Exhibits 2, 4, 5, and 6 are admitted**.

10:51 a.m.   Cross-examination of Agent Anderson by Ms. Stimson.

**Exhibit 3 is referenced.**

**Exhibits 9 is admitted.**

**Exhibit 2a is admitted with annotations, as reflected on the record.**

11:22 a.m.     Redirect examination of Agent Anderson by Mr. Minser.

Witness excused.

Defendant's witness, Detective Robert Albrets, sworn.

11:25 a.m.     Direct examination of Detective Albrets by Mr. Warhola.

11:50 a.m.     Cross-examination of Detective Albrets by Ms. Stimson.

Witness excused.

Closing arguments by Mr. Minser.

Closing arguments by Ms. Stimson.

**ORDERED:   Defendant's Motion to Suppress Evidence [ECF No. 36] is DENIED.**

**ORDERED:   Defendant is remanded to the custody of the U.S. Marshal**

**12:19 p.m.     Court in recess.**

Hearing concluded.
Total time in court:   2:09