IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cr-00007-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS MAURICE GRANT

    Defendant.

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

Mr. Thomas Maurice Grant, through his counsel Kathryn Stimson, respectfully moves the Court unopposed to continue the Change of Plea Hearing currently set on November 2, 2022, at 3:00 p.m.  As grounds, the following is stated:

1. On October 25, 2022, the Court held a hearing on Mr. Grant's Motion to Suppress Evidence (Doc. 36).

2. The Court denied the motion and shortly after, Mr. Grant filed a Notice of Intent to Enter Guilty Plea Without Plea Agreement (Doc. 46).

3. Undersigned counsel is set for an all-day 404(b) hearing in *State v. Katherine Proctor*, Lewis and Clark District Court Case No. CDC 2022-30 and not available for the plea hearing.

4. Undersigned counsel has conferred with AUSA Thomas Minser and he does not oppose this request.

5. Additionally, the parties have pre-cleared a new Change of Plea hearing date on November 7, 2022 at 1:30 p.m.

Wherefore, Mr. Grant and undersigned counsel respectfully move the Court to reset the Change of Plea Hearing to November 7, 2022, at 1:30 p.m.

Dated: October 31, 2022.

Respectfully submitted,

*s/ Kathryn Stimson*
Kathryn Stimson
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: stimson@slhlegal.com

*Attorney for Thomas Maurice Grant*

2

**Certificate of Service**

I certify that on October 31, 2022, I electronically filed the foregoing *Unopposed Motion to Continue Change of Plea Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Thomas Minser
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
Thomas.minser@usdoj.gov

*s/ Brenda Rodriguez*
Brenda Rodriguez

3