IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00007-RMR-01 | Date: November 7, 2022 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Terri Lindblom |

<u>Parties:</u>

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. THOMAS MAURICE GRANT,

   Defendant.

<u>Counsel:</u>

Daniel W. Warhola

Kathryn J. Stimson

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**1:30 p.m.**   Court in session.

Court calls case. Appearances of counsel. Defendant present, in custody.

Ms. Stimson indicates the change of plea will not go forward today. Defendant's oral motion for ends of justice continuance of the jury trial set to commence on November 14, 2022. Discussion regarding resetting the trial date.

**1:37 p.m.**   Court in recess.

**1:53 p.m.**   Court in session.

**ORDERED:**   Defendant's oral motion for an ends of justice continuance is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Ms. Stimson shall file a written motion for ends of justice continuance.

**ORDERED:**   Jury trial set to commence Monday, November 14, 2022 is **VACATED** and **RESET** for a 3-day jury trial commencing on **Monday, January 30, 2023.**

**ORDERED:**   Defendant is **REMANDED** to the custody of the U. S. Marshal.

**1:56 p.m.**   **Court in recess. Hearing concluded. Total time in court:  :10**