IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cr-00007-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS MAURICE GRANT

    Defendant.

---

## NOTICE OF DISPOSITION

    Mr. Thomas Maurice Grant, through his counsel Kathryn Stimson, hereby notifies the Court that the parties have reached a pre-trial disposition resolving the instant case pursuant to a negotiated guilty plea. A Change of Plea Hearing has been scheduled for January 19, 2023.

    Dated: January 5, 2023.

Respectfully submitted,

*s/ Kathryn Stimson*
Kathryn Stimson
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: stimson@slhlegal.com

*Attorney for Thomas Maurice Grant*

**Certificate of Service**

I certify that on January 05, 2023, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Thomas Minser
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
Thomas.minser@usdoj.gov

*s/ Brenda Rodriguez*
Brenda Rodriguez