IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cr-00007-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THOMAS MAURICE GRANT

        Defendant.

## MOTION TO WITHDRAW AND FOR APPOINTMENT OF COUNSEL FROM THE CJA PANEL

Kathryn Stimson of the law firm Stimson LaBranche Hubbard, LLC, respectfully moves the Court for an order granting her withdrawal from Mr. Grant's case.  As grounds, the following is stated:

1.      Pursuant to D.C.COLO.LAttyR 5(b) "[a]n attorney who has filed an Entry of Appearance…or has appeared otherwise in a case may seek to withdraw on motion showing good cause."

2.      Mr. Grant entered into a Plea Agreement with the Government on January 19, 2023 (*See* Courtroom Minutes, Doc. 63).

3.      Undersigned counsel met with Mr. Grant and the interviewing U.S. Probation Officer to complete the Presentence Investigation Report for Mr. Grant's Sentencing Hearing set on April 20, 2023 at 3:30 p.m.

4.      Shortly after the interview, Mr. Grant requested that undersigned counsel withdraw from his case.

5.      Undersigned counsel is ethically obligated to file this motion under the Colorado Rules of Professional Conduct because there has been an irretrievable break-down of the attorney-client relationship between undersigned counsel and Mr. Grant. *See* Rule 1.16.

6.      Federal Rules of Criminal Procedure 44(a) states in pertinent part that "[a] Defendant who is unable to obtain counsel is entitled to have counsel appointed to represent the defendant at every stage of the proceeding from initial appearance through appeal, unless the defendant waives this right."

7.      Undersigned counsel requests the appointment of CJA panel counsel as Mr. Grant remains in -custody and is not financially able to obtain counsel.

8.      By this motion, Mr. Grant is notified of undersigned counsel's motion to withdraw at his request.

Wherefore, undersigned counsel respectfully moves the Court for an order granting her withdrawal in this matter, removal from CM/ECF filings and to appoint Mr. Grant counsel from the CJA panel.

Dated: March 15, 2023.

Respectfully submitted,


*s/ Kathryn Stimson*

Kathryn Stimson
Stimson LaBranche Hubbard, LLC
1652 Downing Street
Denver, CO 80218
Phone:  720.689.8909
Email:   stimson@slhlegal.com


**Certificate of Service**

I certify that on March 15, 2023, I electronically filed the foregoing *Motion to Withdraw and for Appointment of Counsel from the CJA Panel* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Thomas Minser
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
Thomas.minser@usdoj.gov

*Via U.S. mail:*
Thomas Maurice Grant, #36809-013
FCI Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123


*s/ Brenda Rodriguez*

Brenda Rodriguez