IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00007-RMR-1 | Date: March 21, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Kevin Carlin |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | |
|    Plaintiff, | |
| v. | |
| THOMAS MAURICE GRANT | Kathryn J. Stimson |
| | John Graham |
|    Defendant. | |

## COURTROOM MINUTES

***EX PARTE* MOTION HEARING**

**10:03 a.m.**     Court in session.

Court calls case. Appearances of counsel. Defendant present in custody. Counsel for the Government is not present.

This matter is before the Court regarding the Defendant's Motion to Withdraw and for Appointment of Counsel from the CJA Panel [ECF No. 67].

Preliminary remarks and background case information by the Court.

Defendant sworn.

Statements by Mr. Grant and Ms. Stimson in response to the Court's questions.

**ORDERED:**     Defendant's Motion to Withdraw and for Appointment of Counsel from the CJA Panel [ECF No. 67] is GRANTED. New counsel from the CJA Panel shall be appointed.

The sentencing set for April 20, 2023 at 3:30 p.m. will remain as scheduled, but may be rescheduled upon motion by new counsel.

**ORDERED:   Defendant is remanded to the custody of the U. S. Marshal**.

**10:33 a.m.     Court in recess.**

Hearing concluded.
Total time in court:    00:30