# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00007-RMR

United States of America,

    Plaintiff,

v.

**THOMAS MAURICE GRANT**

    Defendant

_____

## NOTICE OF ATTORNEY APPEARANCE
_____

Thomas R. Ward hereby enters his appearance as court appointed counsel in the above captioned matter on behalf of his client, Thomas Maurice Grant. Pursuant to D.C.COLO.L.AttyR 5(a)(3)(C), undersigned counsel hereby certifies that he is a member in good standing of the bar of this court.

Respectfully Submitted,

s/Thomas R. Ward

**Thomas R. Ward**
Attorney for Defendant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
Fax 303-863-8888
tward@mswdenver.com

Dated:   March 22, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, March 22, 2023, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

                                                               s/Xitlalli Garzon
                                                               Xitlalli Garzon