IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00007-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    THOMAS MAURICE GRANT,

        Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 30th day of March 2023.

        COLE FINEGAN
        United States Attorney

        s/ *Laura B. Hurd*
        Laura B. Hurd
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: laura.hurd@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 30th day of March 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Michelle Lockman*
FSA Records Examiner/Analyst
Office of the U.S. Attorney