IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No 22-cr-00007-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    THOMAS MAURICE GRANT,

    Defendant.

_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, and hereby gives notice to the Court that it will not seek a criminal order of forfeiture for the Glock 19 pistol, s/n BFNV347 and all recovered ammunition listed in the Indictment (Doc.1), as it will remain in the custody of the Lakewood Police Department.

DATED this 30TH day of March 2023.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    By: *s/Laura B. Hurd*
    Laura B. Hurd
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    303-454-0100
    Laura.hurd@usdoj.gov

*Attorney for the United States*

2