IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00007-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    THOMAS MAURICE GRANT,

    Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant Thomas Grant, by and through undersigned counsel, moves the Court to continue the April 20, 2023, sentencing hearing for approximately 60 days. Defendant states the following grounds:

1.    On January 19, 2023, Mr. Grant entered a guilty plea to felon in possession of a firearm in violation of 18 U.S.C. § 922(g), as charged in Count One of the Indictment. The Court scheduled the matter for a sentencing hearing on April 20, 2023, at 3:30 p.m.

2.    On March 15, 2023, Mr. Grant's court-appointed counsel filed a Motion to Withdraw and for Appointment of Counsel from the CJA Panel (Doc. 67). That motion was granted after a hearing on March 21, 2023 (Courtroom Minutes, Doc. 69). The Court also indicated that "[t]he sentencing set for April 20, 2023 at 3:30 p.m. will remain as scheduled, but may be rescheduled upon motion by new counsel."

3. Undersigned counsel was appointed to represent Mr. Grant and filed his Notice of Attorney Appearance (Doc. 70) on March 22, 2023. Counsel was then out of the office on a previously-scheduled vacation from March 27, 2023 to April 4, 2023, further reducing the amount of available time to prepare for the sentencing.

4. Undersigned counsel needs additional time to be able to effectively represent Mr. Grant at the sentencing hearing. Specifically, counsel needs additional time to meet with Mr. Grant to obtain information that may be helpful to the defense at sentencing; to review and analyze discovery in the case; to conduct any investigation that may be necessary including investigation related to mitigation; and to research, draft and file any appropriate objections to the Presentence Investigation Report, a motion for below-guideline sentence, and any other pleadings raising issues appropriate for the Court to consider at the sentencing.

5. Undersigned counsel has conferred with Assistant United States Attorney Thomas Minser concerning this motion and informs the Court that the government does not oppose the relief requested.

WHEREFORE, Mr. Grant respectfully requests that the Court vacate the April 20 sentencing hearing and reschedule the matter for a date in approximately 60 days.

Respectfully Submitted,

s/Thomas R. Ward
**Thomas R. Ward**
Attorney for Defendant Thomas Grant
McDermott Stuart & Ward LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Tel. 303-832-8888
tward@mswdenver.com

Dated:   April 5, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, April 05, 2023, I electronically filed the foregoing UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all opposing counsel of record.

s/Thomas R. Ward<br>
Thomas R. Ward